**ORIGINAL**

1  John S. Delikanakis, Esq.
2  Counsel
   Park Place Entertainment Corporation
3  State Bar No. 5928
4  3930 Howard Hughes Parkway, Fourth Floor
   Las Vegas, Nevada 89109
5  Telephone: (702) 699-5048
   Facsimile: (702) 699-5133
6
7  Attorney for Plaintiff

8

9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF NEVADA
11

12 DESERT PALACE, INC. d/b/          )    CV-S-02-0574-RLH-PAL
   CAESARS TAHOE,                    )
13                                   )
                                     )
14         Plaintiff,                )
                                     )
15     vs.                           )         COMPLAINT
                                     )
16 STEVEN B. SOLOMON,                )
                                     )
17         Defendant.                )
                                     )
18 _____  )

19                         FIRST COUNT

20     1.    Plaintiff, DESERT PALACE, INC. d/b/a CAESARS PALACE ("Caesars Palace")

21 is a corporation created and existing under the laws of the State of Nevada and having its principal

22 place of business in the State of Nevada, and is the holder of a nonrestricted gaming license issued

23
   by the State of Nevada.
24
25     2.    Defendant is a citizen of the State of Texas.

26     3.    The court has jurisdiction over the subject matter of this proceeding pursuant to 28

27

28                                        1

U.S.C. 1332, in that plaintiff is a citizen of the State of Nevada, defendant is a citizen of Texas, and the amount in controversy, exclusive of costs and interest, exceeds the sum of $75,000.00.

4.      On or about December 30, 2000 to January 7, 2001 defendant received credit from Caesars Palace in the amount of $200,000 in consideration for which he executed and delivered the negotiable instruments attached hereto.  Defendant engaged to pay these instruments according to their tenor at the time of his engagement.

5.      Defendant has made payments totaling $8,000 and is entitled to a credit in this amount.  The sum of $192,000.00 remains due and owing from defendant to plaintiff.

SECOND COUNT

6.      Plaintiff hereby realleges paragraphs 1 through 5 as if fully set forth herein.

7.      Pursuant to N.R.S. 41.620, plaintiff is entitled to $500.00 per dishonored credit instrument for the July 12, 2001 check presented as payment on his account and returned insufficient funds. .

8.      Plaintiff has found it necessary to use the services of an attorney to prosecute this action and is entitled to reasonable attorney's fees pursuant to the contract of the parties.

9.      Plaintiff is entitled to interest at the rate of 6.75% per annum pursuant to statute.

2

WHEREFORE, plaintiff prays for judgment against defendant as follows:

1.   For damages of $192,000, together with interest at the statutory rate of 6.75%;

2.   For the costs of this action;

3.   For reasonable attorney's fees;

4.   $500.00 penalty per dishonored credit instrument;

5.   For such other and further relief as the court deems meet in the premises.

DATED this 18th day of April, 2002.

PARK PLACE ENTERTAINMENT CORPORATION

By _____

John S. Delikanakis, Esq.
Counsel
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada   89109
Attorney for Plaintiff

3

1406792

DATE: 12/30/00
TIME: 1:49 PM
GAME: BJ 102

$10,000.00

ACCOUNT NO.    508944
SOLOMON, STEVEN B

687
FLOOR PERSON/NO.    DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.    DEALER/BOXMAN

METHOD:  CKS  CASH  P/CK#

---

1406792

DATE

PAY TO THE
ORDER OF    $10,000.00

TEN THOUSAND DOLLARS & 00 CENTS    U.S. FUNDS
US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

---

CAESARS PALACE.
LAS VEGAS
1406826

DATE: 12/30/00
TIME: 2:05 PM
GAME: BJ 133

$10,000.00

ACCOUNT NO.    508944
SOLOMON, STEVEN B

681
FLOOR PERSON/NO.    DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.    DEALER/BOXMAN

METHOD:  CKS  CASH  P/CK#

---

1406826

DATE

PAY TO THE
ORDER OF    $10,000.00

TEN THOUSAND DOLLARS & 00 CENTS    U.S. FUNDS
US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

---

CAESARS PALACE.
LAS VEGAS
1408263

DATE: 12/31/00
TIME: 9:34 AM
GAME: BJ 119

$10,000.00

ACCOUNT NO.    508944
SOLOMON, STEVEN B

695
FLOOR PERSON/NO.    DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.    DEALER/BOXMAN

METHOD:  CKS  CASH  P/CK#

---

1408263

DATE

PAY TO THE
ORDER OF    $10,000.00

TEN THOUSAND DOLLARS & 00 CENTS    U.S. FUNDS
US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

---

1406910

DATE: 12/30/00
TIME: 3:01 PM
NAME: BJ 104

$10,000.00

1406910

DATE

PAY TO THE
ORDER OF _____ $10,000.00

ACCOUNT NO.    508944

SOLOMON, STEVEN B.

FLOOR PERSON/NO.    DEALER/BOXMAN
PAYMENT

TEN THOUSAND DOLLARS & 00 CENTS

U.S. FUNDS
US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

FLOOR PERSON/NO.    DEALER/BOXMAN

METHOD:  CKS  CASH  P/CK# ____

STEVEN B. SOLOMON

---

CAESARS PALACE.
LAS VEGAS

1406904

DATE: 12/30/00
TIME: 2:58 PM
NAME: BJ 104

$10,000.00

1406904

DATE

PAY TO THE
ORDER OF _____ $10,000.00

ACCOUNT NO.    508944

SOLOMON, STEVEN B.

FLOOR PERSON/NO.    DEALER/BOXMAN
PAYMENT

TEN THOUSAND DOLLARS & 00 CENTS

U.S. FUNDS
US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

FLOOR PERSON/NO.    DEALER/BOXMAN

METHOD:  CKS  CASH  P/CK# ____

STEVEN B. SOLOMON

---

CAESARS PALACE.
LAS VEGAS

1406806

DATE: 12/30/00
TIME: 1:57 PM
NAME: BJ 102

$10,000.00

1406806

DATE

PAY TO THE
ORDER OF _____ $10,000.00

ACCOUNT NO.    508944

SOLOMON, STEVEN B.

4687
FLOOR PERSON/NO.    DEALER/BOXMAN
PAYMENT

TEN THOUSAND DOLLARS & 00 CENTS

U.S. FUNDS
US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

FLOOR PERSON/NO.    DEALER/BOXMAN

METHOD:  CKS  CASH  P/CK# ____

STEVEN B. SOLOMON

LAS VEGAS

1413767

DATE: 1/07/01
TIME: 11:22 AM
GAME: WH 205

$20,000.00

ACCOUNT NO. 508944
SOLOMON, STEVEN B

FLOOR PERSON/NO.        DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.        DEALER/BOXMAN
METHOD:  CKS  CASH  P/CK# ____

---

1413767

DATE

PAY TO THE
ORDER OF _____  $20,000.00

U.S. FUNDS
TWENTY THOUSAND DOLLARS & OO CENTS        US DOLLARS
I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

---

CAESARS PALACE.
LAS VEGAS

1406964

DATE: 12/30/00
TIME: 3:21 PM
GAME: BJ 104

$10,000.00

ACCOUNT NO. 508944
SOLOMON, STEVEN B
CLARK

FLOOR PERSON/NO.        DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.        DEALER/BOXMAN
METHOD:  CKS  CASH  P/CK# ____

---

1406964

DATE

PAY TO THE
ORDER OF _____  $10,000.00

U.S. FUNDS
TEN THOUSAND DOLLARS & OO CENTS        US DOLLARS
I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

---

CAESARS PALACE.
LAS VEGAS

1406915

DATE: 12/30/00
TIME: 3:03 PM
GAME: BJ 104

$10,000.00

ACCOUNT NO. 508944
SOLOMON, STEVEN B
S. PAM

FLOOR PERSON/NO.        DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.        DEALER/BOXMAN
METHOD:  CKS  CASH  P/CK# ____

---

1406915

DATE

PAY TO THE
ORDER OF _____  $10,000.00

U.S. FUNDS
TEN THOUSAND DOLLARS & OO CENTS        US DOLLARS
I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

**LAS VEGAS**
1413757

DATE: 1/07/01
TIME: 10:42 AM
GAME: BJ 104

$10,000.00

ACCOUNT NO.   508944
SOLOMON, STEVEN B

148
FLOOR PERSON/NO.        DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.        DEALER/BOXMAN
METHOD:   CKS   CASH   P/CK# _____

1413757

DATE

PAY TO THE ORDER OF                    $10,000.00

TEN THOUSAND DOLLARS & 00 CENTS        U.S. FUNDS
US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, or whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

**CAESARS PALACE.**
**LAS VEGAS**
1413762

DATE: 1/07/01
TIME: 10:55 AM
GAME: WH 205

$20,000.00

ACCOUNT NO.   508944
SOLOMON, STEVEN B
L6527
FLOOR PERSON/NO.        DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.        DEALER/BOXMAN
METHOD:   CKS   CASH   P/CK# _____

1413762

DATE

PAY TO THE ORDER OF                    $20,000.00

TWENTY THOUSAND DOLLARS & 00 CENTS     U.S. FUNDS
US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, or whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

**CAESARS PALACE.**
**LAS VEGAS**
1413764

DATE: 1/07/01
TIME: 11:10 AM
GAME: BJ 114

$20,000.00

ACCOUNT NO.   508944
SOLOMON, STEVEN B
L6527
FLOOR PERSON/NO.        DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.        DEALER/BOXMAN

1413764

DATE

PAY TO THE ORDER OF                    $20,000.00

TWENTY THOUSAND DOLLARS & 00 CENTS     U.S. FUNDS
US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, or whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

**CAESARS PALACE**
LAS VEGAS

1413765

DATE: 1/07/01
TIME: 11:10 AM
NAME: BJ 114

$10,000.00

ACCOUNT NO. 508944
SOLOMON, STEVEN B

FLOOR PERSON/NO.     DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.     DEALER/BOXMAN
METHOD: CKS CASH P/CK# ____

1413765

DATE

PAY TO THE
ORDER OF _____ $10,000.00
U.S. FUNDS
TEN THOUSAND DOLLARS & 00 CENTS US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, or whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by the instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

---

**CAESARS PALACE**
LAS VEGAS

1413744

DATE: 1/07/01
TIME: 9:49 AM
NAME: BJ 104

$10,000.00

ACCOUNT NO. 508944
SOLOMON, STEVEN B

FLOOR PERSON/NO.     DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.     DEALER/BOXMAN
METHOD: CKS CASH P/CK# ____

1413744

DATE

PAY TO THE
ORDER OF _____ $10,000.00
U.S. FUNDS
TEN THOUSAND DOLLARS & 00 CENTS US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, or whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by the instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

---

**CAESARS PALACE**
LAS VEGAS

1413748

DATE: 1/07/01
TIME: 10:03 AM
NAME: BJ 104

$10,000.00

ACCOUNT NO. 508944
SOLOMON, STEVEN B

FLOOR PERSON/NO.     DEALER/BOXMAN
PAYMENT

1413748

DATE

PAY TO THE
ORDER OF _____ $10,000.00
U.S. FUNDS
TEN THOUSAND DOLLARS & 00 CENTS US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, or whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by the instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

FLOOR PERSON/NO.     DEALER/BOXMAN

**CAESARS PALACE.**
LAS VEGAS

1408269

DATE: 12/31/00
TIME: 9:45 AM
GAME: BJ 118

$10,000.00

ACCOUNT NO. 508944
SOLOMON, STEVEN B
CD695

FLOOR PERSON/NO.          DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.          DEALER/BOXMAN

METHOD:   CKS   CASH   P/CK# _____

---

1408269

DATE

PAY TO THE
ORDER OF _____   $10,000.00
                                              U.S. FUNDS
TEN THOUSAND DOLLARS & OO CENTS              US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON

---

**CAESARS PALACE.**
LAS VEGAS

1408277

DATE: 12/31/00
TIME: 9:51 AM
GAME: BJ 118

$10,000.00

ACCOUNT NO. 508944
SOLOMON, STEVEN B
CD695     M. Haward

FLOOR PERSON/NO.          DEALER/BOXMAN
PAYMENT

FLOOR PERSON/NO.          DEALER/BOXMAN

METHOD:   CKS   CASH   P/CK# _____

---

1408277

DATE

PAY TO THE
ORDER OF _____   $10,000.00
                                              U.S. FUNDS
TEN THOUSAND DOLLARS & OO CENTS              US DOLLARS

I authorize payee to complete any of the following items on this negotiable instrument: (1) any missing amounts; (2) a date; (3) the name, account number and/or address and branch of any bank or financial institution; and (4) any electronic encoding of the above items. This information can be for any account from which I may in the future have the right to withdraw funds, regardless of whether that account now exists, of whether I provided the information on the account to the payee. I acknowledge that I incurred the debt evidenced by this instrument in Nevada. I agree that any dispute regarding or involving this instrument, the debt, or the payee shall be brought only in a court, state or federal, in Nevada. I hereby submit to the jurisdiction of any court, state or federal, in Nevada. In addition to any amounts authorized by law, I agree to pay all costs of collection, including the payee's attorneys' fees and court costs.

STEVEN B. SOLOMON



STEVEN B. SOLOMON
3811 TURTLE CREEK BLVD., STE. 600
DALLAS, TX 75219

PAY TO THE
ORDER OF

Two thousand five ____ DOLLARS

DALLAS NATIONAL BANK
2725 Turtle Creek
Dallas, Texas 75219-4810
214-520-6156

AUG 01 2001

MEMO

$ 2500.00

2260

1005743

RETURNED UNPAID
FOR REASON SHOWN
☒ INSUFFICIENT FUNDS
☐ ENDORSEMENT
☐ NOT DRAWN ON US
☐ SIGNATURE
☐ UNCOLLECTED FUNDS
☐ UNABLE TO LOCATE ACCOUNT
☐ PAYMENT STOPPED
☐ OTHER